IN THE CHANCERY COURT
FOR CAMPBELL COUNTY, TENNESSEE

| | | |
|---|---|---|
| FAMILY INNS OF AMERICA, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 07-014 |
| | ) | |
| LEXINGTON INSURANCE COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF FILING

TO: Sidney W. Gilreath
Cary L. Bauer
Gilreath & Associates
550 Main Street, Suite 600
P.O. Box 1270
Knoxville, Tennessee 37901-1270

PLEASE TAKE NOTICE that on the 12th day of March 2007, we filed Lexington's **Notice of Removal** of this matter to the United States District Court for the Eastern District of Tennessee, Knoxville Division, with the Clerk of the Court for the Chancery Court for Campbell County, Tennessee. A copy of that Notice is attached as Exhibit A.

Matthew J. Evans

Matthew J. Evans (BPR #017973)
PAINE, TARWATER, BICKERS & TILLMAN, LLP
1100 First Tennessee Plaza
800 South Gay Street
Knoxville, Tennessee 37929
865.525.0880
865.521.7441 (fax)

1

Of Counsel:
Peter E. Kanaris
Jefferson D. Patten
FISHER KANARIS, P.C.
200 South Wacker Drive, Suite 2200
Chicago, Illinois 60606
312.474.1400
312.474.1410 (fax)
Attorneys for Lexington Ins. Co.

## CERTIFICATE OF SERVICE

I, Matthew J. Evans, hereby certify a copy of the foregoing **Notice of Filing**, along with the document referenced therein, was served upon:

> Sidney W. Gilreath
> Cary L. Bauer
> Gilreath & Associates
> 550 Main Street, Suite 600
> P.O. Box 1270
> Knoxville, Tennessee 37901-1270

by placing a copy of same in a postage prepaid envelope, properly addressed, and depositing same in the United States mail located at 800 South Gay Street, Knoxville, Tennessee 37929, this 12th day of March 2007.

Matthew J. Evans