IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF TENNESSEE,
KNOXVILLE DIVISION

| FAMILY INNS OF AMERICA, INC. | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | No.  3:07-CV-88 |
| LEXINGTON INSURANCE COMPANY, | ) | |
| Defendant. | ) | |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1), and by stipulation and agreement between the Parties, Family Inns of America, Inc. dismisses the above-captioned cause with prejudice, each Party to bear its own costs and fees associated with the litigation.

Respectfully submitted,

| COUNSEL FOR FAMILY INNS OF AMERICA, INC. | COUNSEL FOR LEXINGTON INSURANCE COMPANY |
|---|---|
| s/Cary L. Bauer<br>GILREATH & ASSOCIATES<br>550 Main Street, Suite 600<br>P.O. Box 1270<br>Knoxville, Tennessee 37901-1270<br>865.637.2442<br>clbauer@sidgilreath.com | s/Jefferson D. Patten<br>Peter E. Kanaris<br>FISHER KANARIS, P.C.<br>200 South Wacker Drive, 22nd Floor<br>Chicago, Illinois 60606<br>312.474.1400<br>312.474.1410 (fax)<br>pkanaris@fisherkanaris.com<br>jpatten@fisherkanaris.com |

| C. Dan Scott | Matthew J. Evans |
| --- | --- |
| SCOTT LAW GROUP, P.C. | PAINE, TARWATER, BICKERS & |
| 100 East Main Street, Suite 500 | TILLMAN, LLP |
| P.O. Box 4650 | 1100 First Tennessee Plaza |
| Sevierville, Tennessee 37864-4650 | 800 South Gay Street |
| 865.453.3300 | Knoxville, Tennessee 37929 |
| 865.428.3853 (fax) | 865.525.0880 |
| dan@scottlawgroup.com | mje@painetar.com |

## CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of December 2008, a copy of the foregoing **Stipulation of Dismissal with Prejudice** was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Cary L. Bauer
GILREATH & ASSOCIATES
550 Main Street, Suite 600
Knoxville, Tennessee 37901-1270
clbauer@sidgilreath.com

C. Dan Scott
SCOTT LAW GROUP, P.C.
100 East Main Street, Suite 500
P.O. Box 4650
Sevierville, Tennessee 37864-4650
dan@scottlawgroup.com

s/Jefferson D. Patten
FISHER KANARIS, P.C.
200 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606
312.474.1400
312.474.1410 (fax)
jpatten@fisherkanaris.com